# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSHUA DUPONT

VERSUS

HUNTER DAVIS

NO.  2024 CW 1188

**DECEMBER 5, 2024**

---

In Re:    Hunter Davis, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20230002117.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT